No. 95–8089.  HARVEY *v.* SCHRIRO, DIRECTOR, MISSOURI DE-PARTMENT OF CORRECTIONS, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 95–8093.  NELSON *v.* HOPKINS.  C. A. 4th Cir.  Certiorari denied.

No. 95–8107.  SQUARE *v.* MORTON, ADMINISTRATOR, NEW JER-SEY STATE PRISON, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 95–8110.  STEEVES *v.* ALLEN, COMMISSIONER, MAINE DE-PARTMENT OF CORRECTIONS, ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 95–8136.  THARPE *v.* UNITED STATES. · C. A. 11th Cir. Certiorari denied.

No. 95–8142.  PILOTO *v.* UNITED STATES.  C. A. 4th Cir.  Cer-tiorari denied.

No. 95–8154.  TINSLEY *v.* METHODIST HOSPITAL OF INDIANA. C. A. 7th Cir.  Certiorari denied.

No. 95–8157.  CHRISTY *v.* COOPER, ASSISTANT ATTORNEY GEN-ERAL OF FLORIDA, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 95–8161.  MILLER *v.* TENNESSEE.  Ct. Crim. App. Tenn. Certiorari denied.

No. 95–8168.  DELBRIDGE ET UX. *v.* NEW JERSEY DIVISION OF YOUTH AND FAMILY SERVICES ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 95–8181.  BIGGS *v.* UNITED STATES.  Ct. App. D. C.  Cer-tiorari denied.

No. 95–8182.  WONDERLY *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 95–8183.  PETTEE *v.* MINNESOTA.  Sup. Ct. Minn.  Certio-rari denied.

No. 95–8188.  WALDEN *v.* ARIZONA.  Sup. Ct. Ariz.  Certiorari denied.